UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**PHILIBERT KONGTCHEU**

V.   CIVIL ACTION NO. **22-11757-DJC**

**NEW JERSEY HIGHER EDUCATION STUDENT ASSISTANCE AUTHORITY, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Electronic Order entered March 20, 2023, D. 19, the Court Orders that this case is hereby DISMISSED for Plaintiff's failure to comply with the Court's Order dated February 21, 2023, D. 16.

March 20, 2023                    /s/ Haley Currie
                                  Deputy Clerk